FILED ___ LODGED

___ RECEIVED ___ COPY

NOV 0 7 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**CV-18-03916-PHX-ESW**

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CIV LR 5.4, 7.1(a)(1)
(Rule Number/Section)

CLINTON STRANGE,

Plaintiff

v.


ZAMORA MARKETING LLC;

an Arizona Domestic Limited Liability Company

&

ANDREW ZAMORA,

Individually and in his role as CEO of ZAMORA MARKETING LLC

Defendants


**CIVIL ACTION:**

FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT
of 1991

1

~Plaintiff Waives His Seventh Amendment Right to Jury Trial~

**Preliminary Statement:**

This is an action brought by an adult individual against Defendants: ZAMORA MARKETING LLC, and ANDREW ZAMORA  for violations of the Telephone Consumer Protection Act of 1991.

## Jurisdiction & Venue:

**Jurisdiction** of this court arises under:

47 U.S.C. §227(g)(2)

&

28 U.S.C. § 1331

**Venue** lies properly in this district pursuant to:

47 U.S.C. §227(g)(4)

&

28 U.S.C. § 1391

## PARTIES:

**PLAINTIFF** Clinton Strange is an adult individual residing at:

Clinton Strange

7021 Winburn Drive

**DEFENDANT** ZAMORA MARKETING LLC, "ZM" is an Arizona Domestic Limited Liability Company.

**DEFENDANT** ANDREW ZAMORA "AZ" is the CEO of ZAMORA MARKETING LLC.

**Factual Allegations:**

1. Plaintiff received at least 4 unwanted / unsolicited text messages on his cellphone from Defendant "ZM" which contained hyperlinks directing Plaintiff to a website for "700 Profit Club" which purports to conduct lawful business in Provo, UT.

2. On March 29, 2018 at 5:03pm CST Defendant "ZM" or a third - party marketing agent of "ZM" sent a text message to Plaintiff's cellphone from long code number 650-480-1427 [See Exhibit A].

3. The unwanted text spam from March 29, 2018 was delivered to Plaintiff's cellphone number 318-423-5057 [ See Exhibit B].

4. The unwanted text spam from March 29, 2018 contained message details [ See Exhibit C].

5. The hyperlink contained in the text message from March 29, 2018 directed Plaintiff to a website for CoolHandle " 700 Profit Club" [ See Exhibit D].

6. Defendant ZM's website magicmakemoney.us is registered through a domain registry [See Exhibit E].

7. On April 11, 2018 at 9:44am CST Defendant ZM or a third-party marketing agent of "ZM" sent a text message to Plaintiff's cellphone from long code number 908-424-0393 [See Exhibit F].

8. The unwanted text spam from April 11, 2018 was delivered to Plaintiff's cellphone number 318-423-5057 [ See Exhibit G].

9. The unwanted text spam from April 11, 2018 contained message details [ See Exhibit H].

10. The hyperlink contained in the text message from April 11, 2018 directed Plaintiff to a website for CoolHandle " 700 Profit Club" [ See Exhibit I].

11. Defendant ZM's website topmoneymaker.us is registered through a domain registry [See Exhibit J].

12. All the Defendants in this action are liable to Plaintiff for the unwanted texts.

13. On May 14, 2018 at 6:25pm CST Defendant ZM or a third – party marketing agent of "ZM" sent a text message to Plaintiff's cellphone from long code number 706-661-4792 [See Exhibit K].

14. The unwanted text spam from May 14, 2018 was delivered to Plaintiff's cellphone number 318-423-5057 [ See Exhibit L].

15. The unwanted text spam from May 14, 2018 contained message details [ See Exhibit M].

16. The hyperlink contained in the text message from May 14, 2018 directed Plaintiff to a website for CoolHandle " 700 Profit Club" [ See Exhibit N].

17. Defendant ZM's website amazinmoneybiz.us is registered through a domain registry [See Exhibit O].

18. On May 19, 2018 at 4:12pm CST Defendant ZM or a third-party marketing agent of "ZM" sent a text message to Plaintiff's cellphone from long code number 732-242-5670 [See Exhibit P].

19. The unwanted text spam from May 19, 2018 was delivered to Plaintiff's cellphone number 318-423-5057 [ See Exhibit Q].

20. The unwanted text spam from May 19, 2018 contained message details [ See Exhibit R].

21. The hyperlink contained in the text message from May 19, 2018 directed Plaintiff to a website for the Defendant CH " 700 Profit Club" [ See Exhibit S].

22. Defendant ZM's website m0neybizet.us is registered through a domain registry [See Exhibit T].

23. Defendant ZM has a lot of websites registered by its CEO "AZ" via a company named Alpha Marketing Group that is not listed with the Arizona Secretary of State's Office [See Exhibit U].

24. Each and every one of the unwanted text messages sent to the Plaintiff's cellphone by the Defendants contained hyperlinks directing Plaintiff to a website operated by CoolHandle, Inc. (a California Close Corporation d/b/a 700 Profit Club).

25. All the SMS text messages made by the Defendant ZM to the Plaintiff's cellphone were made using an Automated System in Violation of the TCPA.

26. Telemarketers are required to check their internal call list against the Federal Do-Not-Call listing every 30 days.

27. Telephone Consumer Protection Act 47 U.S.C. § 227(b)(3) provides for a civil penalty of $500 for TCPA violations, and for "willful and knowingly" violating the TCPA the damages can be 'trebled' to $1,500 per violation.

28. Telephone Consumer Protection Act 47 U.S.C. § 227(c)(5) provides for a "private right of action" to "receive up to $500 in damages for each such violation", and "the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available".

29. In an action under the TCPA, a Plaintiff must only show that the Defendant "called a number assigned to a cellular telephone service using an automatic

dialing system or pre-recorded voice" *Breslow v. Wells Fargo Bank, N.A.,* 857 F. Supp. 2d 1316, 1319 (S.D. Fla. 2012), *aff'd,* 755 F. 3d 1265 (11th Cir. 2014).

30. As held by the United States Court of Appeals for the 9th Circuit "Unsolicited telemarketing phone calls or text messages, by their nature, invade the privacy and disturb the solitude of their recipients. A Plaintiff alleging a violation under the TCPA 'need not allege any *additional* harm beyond the one Congress has identified.'" *Van Patten v. Vertical Fitness Grp.* No. 14-55980, 2017 U.S. App. LEXIS 1591, at *12 (9th Cir. May 4, 2016) (quoting *Spokeo, Inc. v Robins,* 136 S. Ct. 1540, 1549 (2016) (emphasis original)).

31. Defendant's text messages constitute telemarketing because it encourages the future purchase or investment in property, goods, or services.

32. Plaintiff is the subscriber and sole user of the cellphone number 318-423-5057 and is financially responsible for phone service to that number, and his cellphone is registered on the Federal Do-Not-Call Listing [See ExhibitV].

33. The impersonal and generic nature of Defendant's text message demonstrates that Defendant utilized an "Automatic Telephone Dialing System "ATDS" in transmitting the messages. See *Jenkins v. LL Atlanta, LLC,* No. 1:14-CV-2791, 2016 U.S. Dist. LEXIS 30051, at *11 (N.D. Ga.

nature of the text message advertisements and the use of a short code,

support an inference that the text messages were sent using an ATDS.")

(citing *Legg v. Voice Media Grp., Inc.* 20 F. Supp. 3d 1370, 1354 (S.D. Fla.

2014) (plaintiff alleged facts sufficient to infer text messages were sent using

ATDS; use of a short code and volume of mass messaging alleged would be

impractical without use of an ATDS); *Kramer v. Autobytel, Inc.,* 759 F.

Supp. 2d 1165, 1171 (N.D. Cal. 2010) (finding it "plausible" that defendants

used an ATDS where messages were advertisements written in an

impersonal manner and sent from short code); *Hickey v. Voxernet LLC,* 887

F. Supp. 2d 1125, 1130; *Robbins v. Coca-Cola Co.,* No. 13-CV-132-IEG-

NLS, 2013 U.S. Dist. LEXIS 72725, 2013 W.L. 2252646, at *3 (S.D. Cal.

May 22, 2013) (observing that mass messaging would be impracticable

without use of an ATDS)).

34. Defendant's unsolicited text messages caused Plaintiff actual harm,

including invasion of his privacy, aggravation, annoyance, intrusion on

seclusion, trespass, and conversation.

35. Defendant's text messages also inconvenienced Plaintiff and caused

disruption to his daily life. *See Patriotic Veterans, Inc. v Zoeller,* No. 16-

2059, 2017 WL 25482, at *2 (7th Cir. Jan. 3, 2017) ("Every call uses some of

the phone owner's time and mental energy, both of which are precious.").

36. It is a violation of the TCPA to make "any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system...to any telephone number assigned to a ...cellular telephone service...." 47 U.S.C. § 227(b)(1)(a)(iii)

37. "Automatic Telephone Dialing System" refers to any equipment that has the "capacity to dial numbers without human intervention". See, e.g., Hicks v. Client Servs., Inc., No. 07-61822, 2009 WL 2365637, at *4 (S.D. Fla. June 9, 2009) (citing FCC, In re: Rules and Regulations implementing the Telephone Consumer Protection Act of 1991: Request of ACA International for Clarification and Declaratory Ruling, 07-232 ‖ 12, n.23 (2007)).

38. Defendant, or Alternatively 3rd parties directed by the Defendant, used equipment having the capacity to dial numbers without human intervention, to make non-emergency telephone calls to the cellphone of the Plaintiff.

39. These calls were made without regard to whether or not Defendant had first obtained express permission from the called party to make such calls. In fact, Defendant did not have prior express consent to call the cellphone of the Plaintiff when its calls were made. Defendant has, therefore, violated 47 U.S.C. § 227(b)(1)(a)(iii) of the TCPA by using an ATDS to make non-

emergency telephone calls to the cellphone of the Plaintiff without his prior express consent.

40. Defendant knew that [it] did not have prior express consent to make these calls and knew or should have known that it was using equipment that constituted an ATDS. The violations were therefore willful and knowing.

41. As a result of Defendant's conduct and pursuant to 47 U.S.C. § 227(b)(3) of the TCPA, Plaintiff was harmed and is entitled to a minimum of $500.00 in damages for each violation. Plaintiff is also entitled to an injunction against future calls. Id.

42. Because Defendant knew or should have known that Plaintiff had not given prior express consent to receive its autodialed calls to his cellphone the Court should treble the amount of statutory damages available to Plaintiff pursuant to 47 U.S.C. § 227(b)(3) of the TCPA.

43. Defendant is liable to the Plaintiff for the full amount of actual, statutory, and punitive damages, along with the attorney's fees and cost of the litigation, as well as such further relief, as may be permitted by law.

44. At all times pertinent hereto Defendant was acting by and through their agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendant herein.

**45.** At all times pertinent hereto, the conduct of the Defendant, as well as that of their agents, servants and / or their employees was intentional, reckless, and in grossly negligent disregard for Federal Law and the Rights of the Plaintiff herein.

## Count I:

### Negligent Violations of the Telephone Consumer Protection Act

### 47 .S.C. §227(b)

46. Plaintiff repeats and incorporates by reference into this cause of action the allegations set forth above at Paragraphs 1- 45,

47. The foregoing acts and omissions of Defendant constitute numerous and multiple negligent violations of the TCPA, including but not limited to each and every one of the above cited provisions of 47 U.S.C. § 227(b), and in particular 47 U.S.C. § 227 (b)(1)(A).

48. As a result of Defendant's negligent violations of 47 U.S.C. § 227(b), Plaintiff is entitled an award of $500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B).

49. Plaintiff is also entitled to and seeks injunctive relief prohibiting such conduct in the future.

## Count II:

**Knowing and/or Willful Violations of the Telephone Consumer**

**Protection Act**

**47 U.S.C. §227(b)**

50. Plaintiff repeats and incorporates by reference into this cause of action the allegations set forth above at Paragraphs 1-45.

51. The foregoing acts and omissions of Defendant constitute numerous and multiple knowing and/or willful violations of the TCPA, including but not limited to each and every one of the above cited provisions of 47 U.S.C. § 227(b), and in particular 47 U.S.C. § 227 (b)(1)(A).

52. As a result of Defendant's knowing and/or willful violations of 47 U.S.C. § 227(b), Plaintiff is entitled an award of $1,500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

53. Plaintiff is also entitled to and seeks injunctive relief prohibiting such conduct in the future.

**Count III:**

**Negligent Violations of the Telephone Consumer Protection Act**

**47 U.S.C. §227(c)(5)**

54. Plaintiff repeats and incorporates by reference into this cause of action the allegations set forth above at Paragraphs 1-45.

55. The foregoing acts and omissions of Defendant constitute numerous and multiple negligent violations of the TCPA, including but not limited to each and every one of the above cited provisions of 47 U.S.C. § 227(c), and in particular 47 U.S.C. § 227 (c)(5).

56. As a result of Defendant's negligent violations of 47 U.S.C. § 227(c), Plaintiff is entitled an award of $500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(c)(5)(B).

57. Plaintiff is also entitled to and seeks injunctive relief prohibiting such conduct in the future.

### Count IV:

### Knowing and/or Willful Violations of the Telephone Consumer Protection Act

### 47 U.S.C. §227 et seq.

58. Plaintiff repeats and incorporates by reference into this cause of action the allegations set forth above at Paragraphs 1-45.

59. The foregoing acts and omissions of Defendant constitute numerous and multiple knowing and/or willful violations of the TCPA, including but not limited to each and every one of the above cited provisions of 47 U.S.C. § 227(c), in particular 47 U.S.C. § 227 (c)(5).

60. As a result of Defendant's knowing and/or willful violations of 47 U.S.C. §
227(c), Plaintiff is entitled an award of $1,500.00 in statutory damages, for
each and every violation, pursuant to 47 U.S.C. § 227(c)(5).

61. Plaintiff is entitled to and seeks injunctive relief prohibiting such conduct in
the future.

Prayer for Relief;

WHEREFORE, Plaintiff seeks judgement in Plaintiff's favor and damages against
the Defendant, based on the following requested relief:

Statutory Damages;

Stacked Damages;

Treble Damages;

Enjoinder from Further Violations of These Parts;

Costs and reasonable attorney's fees;

, and such other and further relief as may be necessary, just and proper.

Respectfully Submitted,

X _Clinton Strange_     _11-3-2018_

Clinton Strange          Dated

Pro-Se

7021 Winburn Drive

Greenwood, LA 71033

318-423-5057

parsmllc@gmail.com

# EXHIBIT A



**650480 1427**
Mobile

3/29/18 5:03 PM

Clinton discover just how t0 bank 1400 - 6900 per week w/ this easy application!

clk magicmakemoney.us/vcuo?c=87435648

Rspnd STOP to cancel

 Type a message...

 

# EXHIBIT B

## Message Info

From **6504801427**

Received **3/29/18 5:03 PM**

Type **Text message**

Size **145 bytes**

**Sent To**

 Me
Mobile: 3184235057

**VIEW DETAILS**          **CLOSE**

# EXHIBIT C

## Message Info

From **6504801427**

Received **3/29/18 5:03 PM**

Type **Text message**

Size **145 bytes**

Uid **0**

Message Source **Phone**

Thread Id **109**

Native Thread Id **115**

Msg DB Id **1172**

Native Id **901**

Date **Thu Mar 29 17:03:35 CDT 2018**

HIDE DETAILS        CLOSE

# EXHIBIT D



🗑 ⏰ 📶 4G 📶 35% 🔋 12:59 AM

6504801427
Mobile

← 📞 ⋮

## Select action

 http://
magicmakemoney.u
s/vcuo?c=87435648

 +87435648

CANCEL

Rspnd STOP to cancel

 + Type a message...  😊  🎤

# EXHIBIT E

**LIGHTNING SALE**     30% OFF ON SHARED HOSTING! ENDS SOON     ⏱ ENDS: 116:30:44     BUY NOW    ✕



🔍 WHOIS

HOME | DOMAINS | WEBSITES | HOSTING | CLOUD | EMAIL | SECURITY | WHOIS | SUPPORT      👤 LOGIN   🛒

# magicmakemoney.us

Updated 1 second ago ↻

### 🗋 Domain Information

| | |
|---|---|
| Domain: | magicmakemoney.us |
| Registrar: | NameCheap, Inc. |
| Registered On: | 2018-01-31 |
| Expires On: | 2019-01-31 |
| Updated On: | 2018-02-05 |
| Status: | clientTransferProhibited |
| Name Servers: | ns2.yolr4.com |
| | ns1.yolr4.com |

### 👤 Registrant Contact

| | |
|---|---|
| Name: | Andrew Zamora |
| Street: | 1143 E. Palo Verde Dr. |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85014 |
| Country: | US |
| Phone: | +1.8006647516 |
| Email: | andrew@alphamarketinggroup.biz |

### 👤 Administrative Contact

| | |
|---|---|
| Name: | Andrew Zamora |
| Street: | 1143 E. Palo Verde Dr. |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85014 |
| Country: | US |
| Phone: | +1.8006647516 |
| Email: | andrew@alphamarketinggroup.biz |

Interested in similar domains?

magicmakemoney.com    Buy Now

magicearnmoney.com    Buy Now

magicmakemoney.net    Buy Now

magicmakecash.com    Buy Now

magicearnmoney.net    Buy Now



On Sale!

.CO @ $2.88 $29.88

Introducing
**WORDPRESS HOSTING**
$3.58/mo
VIEW MORE


 **Technical Contact**

| | |
|---|---|
| Name: | Andrew Zamora |
| Street: | 1143 E. Palo Verde Dr. |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85014 |
| Country: | US |
| Phone: | +1.8006647516 |
| Email: | andrew@alphamarketinggroup.biz |

## Raw Whois Data

```
Domain Name: magicmakemoney.us
Registry Domain ID: DE7498509644D4613B161DEDEB473A266-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-02-05T20:44:22Z
Creation Date: 2018-01-31T20:44:22Z
Registry Expiry Date: 2019-01-31T20:44:22Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: C1509516DDACA48E1AE9BC1E286225F91-NSR
Registrant Name: Andrew Zamora
Registrant Organization:
Registrant Street: 1143 E. Palo Verde Dr.
Registrant Street:
Registrant Street:
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85014
Registrant Country: US
Registrant Phone: +1.8006647516
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: andrew@alphamarketinggroup.biz
Registrant Application Purpose: P1
Registrant Nexus Category: C11
Registry Admin ID: C73DBEBD8B6CC4EACABEAC884C2CC3B9B-NSR
Admin Name: Andrew Zamora
Admin Organization:
Admin Street: 1143 E. Palo Verde Dr.
Admin Street:
Admin Street:
Admin City: Phoenix
Admin State/Province: AZ
Admin Postal Code: 85014
Admin Country: US
Admin Phone: +1.8006647516
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: andrew@alphamarketinggroup.biz
Registry Tech ID: C6DDBA76B4BDD423B8DD2C9B0423E51B9-NSR
Tech Name: Andrew Zamora
Tech Organization:
Tech Street: 1143 E. Palo Verde Dr.
Tech Street:
Tech Street:
Tech City: Phoenix
Tech State/Province: AZ
```

```
Tech Postal Code: 85014
Tech Country: US
Tech Phone: +1.8006647516
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: andrew@alphamarketinggroup.biz
Name Server: ns2.yolr4.com
Name Server: ns1.yolr4.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2018-11-01T03:27:45Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

NeuStar, Inc., the Registry Administrator for .US, has collected this information
for the WHOIS database through a .US-Accredited Registrar. This information is
provided to you for informational purposes only and is designed to assist persons
in determining contents of a domain name registration record in the NeuStar
registry database. NeuStar makes this information available to you "as is" and
does not guarantee its accuracy. By submitting a WHOIS query, you agree that you
will use this data only for lawful purposes and that, under no circumstances will
you use this data: (1) to allow, enable, or otherwise support the transmission of
mass unsolicited, commercial advertising or solicitations via direct mail,
electronic mail, or by telephone; (2) in contravention of any applicable data and
privacy protection laws; or (3) to enable high volume, automated, electronic
processes that apply to the registry (or its systems). Compilation, repackaging,
dissemination, or other use of the WHOIS database in its entirety, or of a
substantial portion thereof, is not allowed without NeuStar's prior written
permission. NeuStar reserves the right to modify or change these conditions at any
time without prior or subsequent notification of any kind. By executing this
query, in any manner whatsoever, you agree to abide by these terms. NOTE: FAILURE
TO LOCATE A RECORD IN THE WHOIS DATABASE IS NOT INDICATIVE OF THE AVAILABILITY OF
A DOMAIN NAME. All domain names are subject to certain additional domain name
registration rules. For details, please visit our site at www.whois.us.
```

## related domain names

namecheap.com     icann.org     alphamarketinggroup.biz     yolr4.com     whois.us

**Domains**

Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

**Hosting & Products**

Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
SSL Certificates
Sitelock

**Infrastructure**

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

**Support**

View Knowledge Base
Contact Support
Report Abuse
About Whois

**Follow Us**

LOGIN     OR     CREATE AN ACCOUNT

Copyright © Whois.com. All rights reserved                                    Privacy Policy | Legal Agreement

# EXHIBIT F

← **9084240393**
Mobile

📞  ⋯

4/11/18 9:44 AM

U can make frm 2,740 - 8,200 By viewing This Important
Clip

go here topmoneymaker.us/88c1?c=102483043

Answr stop 2 cancel

+ Type a message...



# EXHIBIT G

## Message Info

From **9084240393**

Received **4/11/18 9:44 AM**

Type **Text message**

Size **127 bytes**

### Sent To

 Me
Mobile: 3184235057

VIEW DETAILS          CLOSE

# EXHIBIT H

## Message Info

From **9084240393**

Received **4/11/18 9:44 AM**

Type **Text message**

Size **127 bytes**

Uid **0**

Message Source **Phone**

Thread Id **114**

Native Thread Id **120**

Msg DB Id **1214**

Native Id **940**

Date **Wed Apr 11 09:44:22 CDT 2018**

HIDE DETAILS      CLOSE

# EXHIBIT I

 **9084240393**
Mobile



## Select action

 http://
topmoneymaker.us/
88c1?c=102483043

 +1-024-830-43

CANCEL

Answr stop 2 cancel

 Type a message...  

# EXHIBIT J

LIGHTNING SALE **30% OFF** ON SHARED HOSTING! ENDS SOON ⏱ ENDS: **116:26:24** BUY NOW ✕

 **Whois** Identity for everyone

🔍 WHOIS

HOME | DOMAINS | WEBSITES | HOSTING | CLOUD | EMAIL | SECURITY | WHOIS | SUPPORT | 👤 LOGIN | 🛒

# topmoneymaker.us

Updated 1 second ago 🔄

Interested in similar domains?

## 👁 Domain Information

| | |
|---|---|
| Domain: | topmoneymaker.us |
| Registrar: | NameCheap, Inc. |
| Registered On: | 2018-01-20 |
| Expires On: | 2019-01-20 |
| Updated On: | 2018-01-25 |
| Status: | clientTransferProhibited |
| Name Servers: | ns2.yolr4.com |
| | ns1.yolr4.com |

topcashmaker.com 

topsuccessmaker.com 

topcashmaker.net 

topprofitmaker.net 

topincomemaker.com 

## 👤 Registrant Contact

| | |
|---|---|
| Name: | Andrew Zamora |
| Street: | 1143 E. Palo Verde Dr. |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85014 |
| Country: | US |
| Phone: | +1.8006647516 |
| Email: | andrew@alphamarketinggroup.biz |

## 👥 Administrative Contact

| | |
|---|---|
| Name: | Andrew Zamora |
| Street: | 1143 E. Palo Verde Dr. |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85014 |
| Country: | US |
| Phone: | +1.8006647516 |
| Email: | andrew@alphamarketinggroup.biz |



On Sale!



.CO @ $2.88 $29.88

●○○○○○○○○○○○○○○○


Introducing
**WORDPRESS HOSTING**
$3.58/mo
VIEW MORE

 ## Technical Contact

| | |
|---|---|
| Name: | Andrew Zamora |
| Street: | 1143 E. Palo Verde Dr. |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85014 |
| Country: | US |
| Phone: | +1.8006647516 |
| Email: | andrew@alphamarketinggroup.biz |

## Raw Whois Data

```
Domain Name: topmoneymaker.us
Registry Domain ID: D421656D65F5B43B3A882506981B10088-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-01-25T18:48:59Z
Creation Date: 2018-01-20T18:48:58Z
Registry Expiry Date: 2019-01-20T18:48:58Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: C8E535BF351584BD088FDFAAA37D05931-NSR
Registrant Name: Andrew Zamora
Registrant Organization:
Registrant Street: 1143 E. Palo Verde Dr.
Registrant Street:
Registrant Street:
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85014
Registrant Country: US
Registrant Phone: +1.8006647516
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: andrew@alphamarketinggroup.biz
Registrant Application Purpose: P1
Registrant Nexus Category: C11
Registry Admin ID: C9C75C113C6AB4F4F885066050EDA77BB-NSR
Admin Name: Andrew Zamora
Admin Organization:
Admin Street: 1143 E. Palo Verde Dr.
Admin Street:
Admin Street:
Admin City: Phoenix
Admin State/Province: AZ
Admin Postal Code: 85014
Admin Country: US
Admin Phone: +1.8006647516
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: andrew@alphamarketinggroup.biz
Registry Tech ID: C285B531AF70E421284585C4AF90BB1ED-NSR
Tech Name: Andrew Zamora
Tech Organization:
Tech Street: 1143 E. Palo Verde Dr.
Tech Street:
Tech Street:
Tech City: Phoenix
Tech State/Province: AZ
```

```
Tech Postal Code: 85014
Tech Country: US
Tech Phone: +1.8006647516
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: andrew@alphamarketinggroup.biz
Name Server: ns2.yolr4.com
Name Server: ns1.yolr4.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2018-11-01T03:33:23Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

NeuStar, Inc., the Registry Administrator for .US, has collected this information
for the WHOIS database through a .US-Accredited Registrar. This information is
provided to you for informational purposes only and is designed to assist persons
in determining contents of a domain name registration record in the NeuStar
registry database. NeuStar makes this information available to you "as is" and
does not guarantee its accuracy. By submitting a WHOIS query, you agree that you
will use this data only for lawful purposes and that, under no circumstances will
you use this data: (1) to allow, enable, or otherwise support the transmission of
mass unsolicited, commercial advertising or solicitations via direct mail,
electronic mail, or by telephone; (2) in contravention of any applicable data and
privacy protection laws; or (3) to enable high volume, automated, electronic
processes that apply to the registry (or its systems). Compilation, repackaging,
dissemination, or other use of the WHOIS database in its entirety, or of a
substantial portion thereof, is not allowed without NeuStar's prior written
permission. NeuStar reserves the right to modify or change these conditions at any
time without prior or subsequent notification of any kind. By executing this
query, in any manner whatsoever, you agree to abide by these terms. NOTE: FAILURE
TO LOCATE A RECORD IN THE WHOIS DATABASE IS NOT INDICATIVE OF THE AVAILABILITY OF
A DOMAIN NAME. All domain names are subject to certain additional domain name
registration rules. For details, please visit our site at www.whois.us.
```

## related domain names

namecheap.com    icann.org    alphamarketinggroup.biz    yolr4.com    whois.us

**Domains**

Register Domain Name

Transfer Domain Name

View Domain Pricing

Whois Lookup

Name Suggestion Tool

Free with Every Domain

Domain Offers

**Hosting & Products**

Linux Hosting

Windows Hosting

WordPress Hosting

Linux Reseller Hosting

Windows Reseller Hosting

Dedicated Servers

Managed Servers

Cloud Hosting

Website Builder

Business Email

Enterprise Email

SSL Certificates

Sitelock

**Infrastructure**

Datacenter Details

Hosting Security

24 x 7 Servers Monitoring

Backup and Recovery

**Support**

View Knowledge Base

Contact Support

Report Abuse

About Whois

**Follow Us**

LOGIN    OR    CREATE AN ACCOUNT

Copyright © Whois.com. All rights reserved                    Privacy Policy | Legal Agreement

# EXHIBIT K



7066614792
Mobile

5/14/18 6:25 PM

I hope you got my very last text message, I have been doing this for a month, Cha-Ching!

click here: amazinmoneybiz.us/qdmq?c=1p0kf7



Type a message...



# EXHIBIT L

# Message Info

From **7066614792**

Received **5/14/18 6:25 PM**

Type **Text message**

Size **139 bytes**

## Sent To

 Me
Mobile: 3184235057

VIEW DETAILS          CLOSE

# EXHIBIT M

# Message Info

From 7066614792

Received **5/14/18 6:25 PM**

Type **Text message**

Size **139 bytes**

Uid **0**

Message Source **Phone**

Thread Id **127**

Native Thread Id **133**

Msg DB Id **1393**

Native Id **1080**

Date **Mon May 14 18:25:38 CDT 2018**

HIDE DETAILS          CLOSE

# EXHIBIT N

 
# Financial Experts Warn:

## *Beware The Online Scams...*

Recently Uncovered, This One Site Can **Blast Profits** Into Your Account... Overnight!

*Press "PLAY" On The Video To Begin*

# EXHIBIT O

LIGHTNING SALE    30% OFF ON SHARED HOSTING! ENDS SOON    🕐 ENDS: 116:25:8    BUY NOW    ✕

 Whois
Identity for everyone

[ 🔍 WHOIS ]

HOME    DOMAINS    WEBSITES    HOSTING    CLOUD    EMAIL    SECURITY    WHOIS    SUPPORT    👤 LOGIN    🛒

# amazinmoneybiz.us

Updated 1 second ago ↻

## Domain Information

| | |
|---|---|
| Domain: | amazinmoneybiz.us |
| Registrar: | NameCheap, Inc. |
| Registered On: | 2018-01-20 |
| Expires On: | 2019-01-20 |
| Updated On: | 2018-05-08 |
| Status: | clientTransferProhibited |
| Name Servers: | dns1.registrar-servers.com |
| | dns2.registrar-servers.com |

## Registrant Contact

| | |
|---|---|
| Name: | Andrew Zamora |
| Street: | 1143 E. Palo Verde Dr. |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85014 |
| Country: | US |
| Phone: | +1.8006647516 |
| Email: | andrew@alphamarketinggroup.biz |

## Administrative Contact

| | |
|---|---|
| Name: | Andrew Zamora |
| Street: | 1143 E. Palo Verde Dr. |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85014 |
| Country: | US |
| Phone: | +1.8006647516 |
| Email: | andrew@alphamarketinggroup.biz |

Interested in similar domains?

amazinmoneybiz.com        Buy Now

amazinsuccessbiz.com      Buy Now

amazinmoneybiz.net        Buy Now

amazinsuccessbiz.net      Buy Now

amazincashbiz.com         Buy Now



On Sale!

.fun

.FUN @ $1.48 $23.88

●●●●●●●●●●●●●●●●●●

Introducing
WORDPRESS
HOSTING
$3.58/mo
VIEW MORE


 **Technical Contact**

| | |
|---|---|
| Name: | Andrew Zamora |
| Street: | 1143 E. Palo Verde Dr. |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85014 |
| Country: | US |
| Phone: | +1.8006647516 |
| Email: | andrew@alphamarketinggroup.biz |

## Raw Whois Data

```
Domain Name: amazinmoneybiz.us
Registry Domain ID: DBE5B3FB1EA7A4530B806033A31E4747F-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-05-08T06:42:18Z
Creation Date: 2018-01-20T18:58:42Z
Registry Expiry Date: 2019-01-20T18:58:42Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: CCC69A985B72145DBAD9288F6193B49B7-NSR
Registrant Name: Andrew Zamora
Registrant Organization:
Registrant Street: 1143 E. Palo Verde Dr.
Registrant Street:
Registrant Street:
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85014
Registrant Country: US
Registrant Phone: +1.8006647516
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: andrew@alphamarketinggroup.biz
Registrant Application Purpose: P1
Registrant Nexus Category: C11
Registry Admin ID: C9447D50407194A9CA6A934EB036EFD30-NSR
Admin Name: Andrew Zamora
Admin Organization:
Admin Street: 1143 E. Palo Verde Dr.
Admin Street:
Admin Street:
Admin City: Phoenix
Admin State/Province: AZ
Admin Postal Code: 85014
Admin Country: US
Admin Phone: +1.8006647516
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: andrew@alphamarketinggroup.biz
Registry Tech ID: C1B20DD8F7DF443FA844A01250799C42D-NSR
Tech Name: Andrew Zamora
Tech Organization:
Tech Street: 1143 E. Palo Verde Dr.
Tech Street:
Tech Street:
Tech City: Phoenix
Tech State/Province: AZ
```

```
Tech Postal Code: 85014
Tech Country: US
Tech Phone: +1.8006647516
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: andrew@alphamarketinggroup.biz
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2018-11-01T03:34:39Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

NeuStar, Inc., the Registry Administrator for .US, has collected this information
for the WHOIS database through a .US-Accredited Registrar. This information is
provided to you for informational purposes only and is designed to assist persons
in determining contents of a domain name registration record in the NeuStar
registry database. NeuStar makes this information available to you "as is" and
does not guarantee its accuracy. By submitting a WHOIS query, you agree that you
will use this data only for lawful purposes and that, under no circumstances will
you use this data: (1) to allow, enable, or otherwise support the transmission of
mass unsolicited, commercial advertising or solicitations via direct mail,
electronic mail, or by telephone; (2) in contravention of any applicable data and
privacy protection laws; or (3) to enable high volume, automated, electronic
processes that apply to the registry (or its systems). Compilation, repackaging,
dissemination, or other use of the WHOIS database in its entirety, or of a
substantial portion thereof, is not allowed without NeuStar's prior written
permission. NeuStar reserves the right to modify or change these conditions at any
time without prior or subsequent notification of any kind. By executing this
query, in any manner whatsoever, you agree to abide by these terms. NOTE: FAILURE
TO LOCATE A RECORD IN THE WHOIS DATABASE IS NOT INDICATIVE OF THE AVAILABILITY OF
A DOMAIN NAME. All domain names are subject to certain additional domain name
registration rules. For details, please visit our site at www.whois.us.
```

## related domain names

namecheap.com    icann.org    alphamarketinggroup.biz    registrar-servers.com    whois.us

## Domains

Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

## Hosting & Products

Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
SSL Certificates
Sitelock

## Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

## Support

View Knowledge Base
Contact Support
Report Abuse
About Whois

## Follow Us

LOGIN    OR    CREATE AN ACCOUNT

Copyright © Whois.com. All rights reserved                    Privacy Policy | Legal Agreement

# EXHIBIT P

← **7322425670**
Mobile

📞  •••

5/19/18 4:12 PM

Good, just got my 1st check and it's funds I earned online, start now: m0neybizet.us/ppnk?c=1p0kf7

Reply cancel to stop



+ Type a message...

# EXHIBIT Q

7322425670

## Message Info

From **7322425670**

Received **5/19/18 4:12 PM**

Type **Text message**

Size **124 bytes**

### Sent To



Me
Mobile: 3184235057

VIEW DETAILS          CLOSE

# EXHIBIT R

## Message Info

From **7322425670**

Received **5/19/18 4:12 PM**

Type **Text message**

Size **124 bytes**

Uid **0**

Message Source **Phone**

Thread Id **131**

Native Thread Id **137**

Msg DB Id **1410**

Native Id **1095**

Date **Sat May 19 16:12:01 CDT 2018**

HIDE DETAILS          CLOSE

# EXHIBIT S

# Financial Experts Warn: *Beware The Online Scams...*

Recently Uncovered, This One Site Can Blast Profits Into Your Account... Overnight!

*Press "PLAY" On The Video To Begin*

# EXHIBIT T

 LIGHTNING SALE 30% OFF ON SHARED HOSTING! ENDS SOON ENDS: 116:24:5 BUY NOW

Whois Identity for everyone

WHOIS

HOME DOMAINS WEBSITES HOSTING CLOUD EMAIL SECURITY WHOIS SUPPORT LOGIN

# m0neybizet.us

Updated 1 second ago

## Domain Information

| | |
|---|---|
| Domain: | m0neybizet.us |
| Registrar: | NameCheap, Inc. |
| Registered On: | 2018-04-18 |
| Expires On: | 2019-04-18 |
| Updated On: | 2018-05-06 |
| Status: | clientTransferProhibited |
| Name Servers: | dns2.registrar-servers.com<br>dns1.registrar-servers.com |

## Registrant Contact

| | |
|---|---|
| Name: | Andrew Zamora |
| Street: | 1143 E. Palo Verde Dr. |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85014 |
| Country: | US |
| Phone: | +1.8006647516 |
| Email: | andrew@alphamarketinggroup.biz |

## Administrative Contact

| | |
|---|---|
| Name: | Andrew Zamora |
| Street: | 1143 E. Palo Verde Dr. |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85014 |
| Country: | US |
| Phone: | +1.8006647516 |
| Email: | andrew@alphamarketinggroup.biz |

Interested in similar domains?

m0neybizet.com Buy Now

m0neybizetphotography.com Buy Now

them0neybizet.com Buy Now

m0neybizet.net Buy Now

m0neybizetonline.com Buy Now

LIGHTNING SALE
FLAT
30% OFF
ON
SHARED HOSTING

On Sale!

.CO

.CO @ $2.88 ~~$29.88~~

**Technical Contact**

| | |
|---|---|
| Name: | Andrew Zamora |
| Street: | 1143 E. Palo Verde Dr. |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85014 |
| Country: | US |
| Phone: | +1.8006647516 |
| Email: | andrew@alphamarketinggroup.biz |


Introducing
**WORDPRESS HOSTING**
$**3.58**/mo
VIEW MORE

## Raw Whois Data

```
Domain Name: m0neybizet.us
Registry Domain ID: DDC854B2DE4D74EE68D898D4552FD3AC5-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-05-06T06:21:10Z
Creation Date: 2018-04-18T02:57:28Z
Registry Expiry Date: 2019-04-18T02:57:28Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: C127747B6680C436B99295F8657D44AF7-NSR
Registrant Name: Andrew Zamora
Registrant Organization:
Registrant Street: 1143 E. Palo Verde Dr.
Registrant Street:
Registrant Street:
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85014
Registrant Country: US
Registrant Phone: +1.8006647516
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: andrew@alphamarketinggroup.biz
Registrant Application Purpose: P1
Registrant Nexus Category: C11
Registry Admin ID: C9EDF388FA173482D9EEFB7ACD3523A3D-NSR
Admin Name: Andrew Zamora
Admin Organization:
Admin Street: 1143 E. Palo Verde Dr.
Admin Street:
Admin Street:
Admin City: Phoenix
Admin State/Province: AZ
Admin Postal Code: 85014
Admin Country: US
Admin Phone: +1.8006647516
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: andrew@alphamarketinggroup.biz
Registry Tech ID: C566FF315465340879DFF6C906FAD5163-NSR
Tech Name: Andrew Zamora
Tech Organization:
Tech Street: 1143 E. Palo Verde Dr.
Tech Street:
Tech Street:
Tech City: Phoenix
Tech State/Province: AZ
```

```
        Tech Postal Code: 85014
        Tech Country: US
        Tech Phone: +1.8006647516
        Tech Phone Ext:
        Tech Fax:
        Tech Fax Ext:
        Tech Email: andrew@alphamarketinggroup.biz
        Name Server: dns2.registrar-servers.com
        Name Server: dns1.registrar-servers.com
        DNSSEC: unsigned
        URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
        >>> Last update of WHOIS database: 2018-11-01T03:35:42Z <<<

        For more information on Whois status codes, please visit https://icann.org/epp

        NeuStar, Inc., the Registry Administrator for .US, has collected this information
        for the WHOIS database through a .US-Accredited Registrar. This information is
        provided to you for informational purposes only and is designed to assist persons
        in determining contents of a domain name registration record in the NeuStar
        registry database. NeuStar makes this information available to you "as is" and
        does not guarantee its accuracy. By submitting a WHOIS query, you agree that you
        will use this data only for lawful purposes and that, under no circumstances will
        you use this data: (1) to allow, enable, or otherwise support the transmission of
        mass unsolicited, commercial advertising or solicitations via direct mail,
        electronic mail, or by telephone; (2) in contravention of any applicable data and
        privacy protection laws; or (3) to enable high volume, automated, electronic
        processes that apply to the registry (or its systems). Compilation, repackaging,
        dissemination, or other use of the WHOIS database in its entirety, or of a
        substantial portion thereof, is not allowed without NeuStar's prior written
        permission. NeuStar reserves the right to modify or change these conditions at any
        time without prior or subsequent notification of any kind. By executing this
        query, in any manner whatsoever, you agree to abide by these terms. NOTE: FAILURE
        TO LOCATE A RECORD IN THE WHOIS DATABASE IS NOT INDICATIVE OF THE AVAILABILITY OF
        A DOMAIN NAME. All domain names are subject to certain additional domain name
        registration rules. For details, please visit our site at www.whois.us.
```

## related domain names

namecheap.com    icann.org    alphamarketinggroup.biz    registrar-servers.com    whois.us

## Domains

Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

## Hosting & Products

Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Managed Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
SSL Certificates
Sitelock

## Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

## Support

View Knowledge Base
Contact Support
Report Abuse
About Whois

## Follow Us

LOGIN    OR    CREATE AN ACCOUNT

Copyright © Whois.com. All rights reserved                          Privacy Policy | Legal Agreement

# EXHIBIT U



## 3 Easy Steps:

1) **Click** 'Start Now'
2) **Download** on our web
3) **Get** access to your inb

## Amazingmoneyebiz.us

updated : 2018-10-04

Redirect Service
Redirect Service
Amazingmoneyebiz.us is 9 months old (current registration since 22 January 2018).

## Technicals Datas

IP : 192.64.119.242 (http://ip-www.net/192.64.119.242)
IP-based Geolocation of Amazingmoneyebiz.us : ▓ United States | California | Los Angeles
DNS Status : Online

| Whois | Historic Whois | DNS | Sites on same IP |
|---|---|---|---|

## Registrant

updated : 2018-05-11

| Name | Andrew Zamora (https://domainbigdata.com/nj/o43VmP7pZsp5BJskYIVEAA) | has registred more than 100 domains |
|---|---|---|

Email | andrew@alphamarketinggroup.biz (https://domainbigdata.com/alphamarketinggroup.biz/mj/YYdQJVWeKXo2j8TKCuzvl-g) | has registred more than 100 domains

Address  1143 E. Palo Verde Dr.

City    Phoenix

State   AZ

Country    ▓▓ United States

Phone    +1.8006647516

Fax    +1.6613102107

Private    no

**Whois Record**

Domain Name: amazingmoneyebiz.us
Registry Domain ID: D2ADC0C777D4B43A7A2F5DE216C5E2DF4-NSR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2018-08T06:34:22Z
Creation Date: 2018-01-20T18:58:48Z
Registry Expiry Date: 2019-01-20T18:58:48Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: C3987FE0973FD43308117FCC3FB6833488-NSR
Registrant Name: Andrew Zamora
Registrant Organization:
Registrant Street: 1143 E. Palo Verde Dr.
Registrant Street:
Registrant Street:
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85014
Registrant Country: US
Registrant Phone: +1.8006647516
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: andrew@alphamarketinggroup.biz
Registrant Application Purpose: P1
Registrant Nexus Category: C11
Registry Admin ID: C1400114A9404F4AEC861720BF63F6651C-NSR

Admin Name: Andrew Zamora
Admin Organization:
Admin Street: 1143 E. Palo Verde Dr.
Admin Street:
Admin Street:
Admin City: Phoenix
Admin State/Province: AZ
Admin Postal Code: 85014
Admin Country: US
Admin Phone: +1.8006647516
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: andrew@alphamarketinggroup.biz
Registry Tech ID: C0B76B2168C8A4055BD7412FAF32ABD92-NSR
Tech Name: Andrew Zamora
Tech Organization:
Tech Street: 1143 E. Palo Verde Dr.
Tech Street:
Tech Street:
Tech City: Phoenix
Tech State/Province: AZ
Tech Postal Code: 85014
Tech Country: US
Tech Phone: +1.8006647516
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: andrew@alphamarketinggroup.biz
Name Server: dns2.registrar-servers.com
Name Server: dns1.registrar-servers.com
DNSSEC: unsigned

Share Amazingmoneyebiz.us on social networks

 G+   Like   Tweet

**Please use this form to update a whois record or to delete a domain from wa-com.com (public domain update form)**

WebAnalyzer provides you websites and domain names informations like registar company, host country, location of the webserver, SEO, rank and more. You can check statistics on the home page to compare registars and find a good price for your hosting plan.

wa-com.com has one of the most largest database of domain names in the world, we analyze each new created domain. We provide informations about Host, DNS, IP address and Domain Ownership (whois lookup).

About us (/about-us) | Privacy Policy (/privacy-policy) | Term of use (/term-of-use) | Contact (/contact) | Update or hide a whois record (public domain update form) | © WebAnalyzer

 **DomainBigData**    Search any domain, ip, registrant name / e      🔍                    ☰

(/)
Emails /

# Andrew@alphamarketinggroup.biz



**Find Who Owns This Number**
Enter any phone number now. Get owner's information including name, email, address & more!

**Find Who Owns Th⁻ Number**

Spokeo.com

Enter any phone number now. Get information including name, email, & more!

**Computer & Network Support - See Our Website For More Info**
I T Outsource LLC
Site & Remote Support Available!

**Arrest Records: 2 Secrets**

Instant Checkmate

Find Addresses, Phone Numbers, F Traffic Records, DUIs and Much Mo

👤 **andrew@alphamarketinggroup.biz is associated to this person**

| | |
|---|---|
| Name | Andrew Zamora |
| Address | 1143 E. Palo Verde Dr. |
| City | Phoenix |
| State | AZ |
| Country | 🇺🇸 United States |
| Phone | +1.8006647516 |
| Fax | +1.6613102107 |
| Private | no |

🌐 **List of domain names registred by andrew@alphamarketinggroup.biz**

| Domain Name | Creation Date | Registrar |
|---|---|---|
| amazingmoneybiz.us (/amazingmoneybiz.us) | 2018-01-20 | namecheap.com |
| amazingmoneyebiz.us (/amazingmoneyebiz.us) | 2018-01-20 | namecheap.com |
| amazingmoneymaker.us (/amazingmoneymaker.us) | 2018-01-20 | namecheap.com |
| 101dollarbiz.us (/101dollarbiz.us) | 2018-04-01 | namecheap.com |
| 101freeiphone.us (/101freeiphone.us) | 2018-04-01 | namecheap.com |
| 101iphoneoffer.us (/101iphoneoffer.us) | 2018-04-01 | namecheap.com |
| adollarbiz.us (/adollarbiz.us) | 2018-04-01 | namecheap.com |
| alldollarbiz.us (/alldollarbiz.us) | 2018-04-01 | namecheap.com |
| allfreeiphone.us (/allfreeiphone.us) | 2018-04-01 | namecheap.com |
| allloanstore.us (/allloanstore.us) | 2018-04-01 | namecheap.com |
| bestdollarbiz.us (/bestdollarbiz.us) | 2018-04-01 | namecheap.com |
| bitdollarbiz.us (/bitdollarbiz.us) | 2018-04-01 | namecheap.com |
| bitfreeiphone.us (/bitfreeiphone.us) | 2018-04-01 | namecheap.com |

Andrew@alphamarketinggroup.biz : Andrew Zamora, United States

| Domain Name | Creation Date | Registrar |
|---|---|---|
| **DomainBigData** Search any domain, ip, registrant name / e⟨Q⟩ | | |
| codollarbiz.us (/codollarbiz.us) | 2018-04-01 | namecheap.com |
| cofreeiphone.us (/cofreeiphone.us) | 2018-04-01 | namecheap.com |
| coloanstore.us (/coloanstore.us) | 2018-04-01 | namecheap.com |
| cooldollarbiz.us (/cooldollarbiz.us) | 2018-04-01 | namecheap.com |
| coolfreeiphone.us (/coolfreeiphone.us) | 2018-04-01 | namecheap.com |
| coolloanstore.us (/coolloanstore.us) | 2018-04-01 | namecheap.com |
| digidollarbiz.us (/digidollarbiz.us) | 2018-04-01 | namecheap.com |
| dollarbiz247.us (/dollarbiz247.us) | 2018-04-01 | namecheap.com |
| dollarbiz24x7.us (/dollarbiz24x7.us) | 2018-04-01 | namecheap.com |
| dollarbiz360.us (/dollarbiz360.us) | 2018-04-01 | namecheap.com |
| dollarbizall.us (/dollarbizall.us) | 2018-04-01 | namecheap.com |
| dollarbizapp.us (/dollarbizapp.us) | 2018-04-01 | namecheap.com |
| dollarbizapps.us (/dollarbizapps.us) | 2018-04-01 | namecheap.com |
| dollarbizarrely.us (/dollarbizarrely.us) | 2018-04-01 | namecheap.com |
| dollarbizbase.us (/dollarbizbase.us) | 2018-04-01 | namecheap.com |
| dollarbizbit.us (/dollarbizbit.us) | 2018-04-01 | namecheap.com |
| dollarbizbits.us (/dollarbizbits.us) | 2018-04-01 | namecheap.com |
| dollarbizblog.us (/dollarbizblog.us) | 2018-04-01 | namecheap.com |
| dollarbizbot.us (/dollarbizbot.us) | 2018-04-01 | namecheap.com |
| dollarbizbox.us (/dollarbizbox.us) | 2018-04-01 | namecheap.com |
| dollarbizbros.us (/dollarbizbros.us) | 2018-04-01 | namecheap.com |
| dollarbizbyte.us (/dollarbizbyte.us) | 2018-04-01 | namecheap.com |
| dollarbizcart.us (/dollarbizcart.us) | 2018-04-01 | namecheap.com |
| dollarbizcenter.us (/dollarbizcenter.us) | 2018-04-01 | namecheap.com |
| dollarbizco.us (/dollarbizco.us) | 2018-04-01 | namecheap.com |
| dollarbizcorp.us (/dollarbizcorp.us) | 2018-04-01 | namecheap.com |
| dollarbizguru.us (/dollarbizguru.us) | 2018-04-01 | namecheap.com |
| dollarbizhd.us (/dollarbizhd.us) | 2018-04-01 | namecheap.com |
| dollarbizinfo.us (/dollarbizinfo.us) | 2018-04-01 | namecheap.com |
| dollarbizkit.us (/dollarbizkit.us) | 2018-04-01 | namecheap.com |
| dollarbizlab.us (/dollarbizlab.us) | 2018-04-01 | namecheap.com |
| dollarbizlabs.us (/dollarbizlabs.us) | 2018-04-01 | namecheap.com |
| dollarbizlink.us (/dollarbizlink.us) | 2018-04-01 | namecheap.com |
| dollarbizlist.us (/dollarbizlist.us) | 2018-04-01 | namecheap.com |
| dollarbizme.us (/dollarbizme.us) | 2018-04-01 | namecheap.com |
| dollarbiznet.us (/dollarbiznet.us) | 2018-04-01 | namecheap.com |
| dollarbiznew.us (/dollarbiznew.us) | 2018-04-01 | namecheap.com |
| dollarbiznow.us (/dollarbiznow.us) | 2018-04-01 | namecheap.com |
| dollarbizone.us (/dollarbizone.us) | 2018-04-01 | namecheap.com |
| dollarbizpad.us (/dollarbizpad.us) | 2018-04-01 | namecheap.com |
| dollarbizpage.us (/dollarbizpage.us) | 2018-04-01 | namecheap.com |
| dollarbizpro.us (/dollarbizpro.us) | 2018-04-01 | namecheap.com |
| dollarbizpros.us (/dollarbizpros.us) | 2018-04-01 | namecheap.com |
| easyfreeiphone.us (/easyfreeiphone.us) | 2018-04-01 | namecheap.com |

| Domain Name | Creation Date | Registrar |
|---|---|---|
| efreeiphone.us (/efreeiphone.us) | 2018-04-01 | namecheap.com |
| ezfreeiphone.us (/ezfreeiphone.us) | 2018-04-01 | namecheap.com |
| findfreeiphone.us (/findfreeiphone.us) | 2018-04-01 | namecheap.com |
| findloanstore.us (/findloanstore.us) | 2018-04-01 | namecheap.com |
| forfreeiphone.us (/forfreeiphone.us) | 2018-04-01 | namecheap.com |
| forloanstore.us (/forloanstore.us) | 2018-04-01 | namecheap.com |
| freeiphonenew.us (/freeiphonenew.us) | 2018-04-01 | namecheap.com |
| freeloanstore.us (/freeloanstore.us) | 2018-04-01 | namecheap.com |
| getiphoneoffer.us (/getiphoneoffer.us) | 2018-04-01 | namecheap.com |
| hotloanstore.us (/hotloanstore.us) | 2018-04-01 | namecheap.com |
| instaloanstore.us (/instaloanstore.us) | 2018-04-01 | namecheap.com |
| justiphoneoffer.us (/justiphoneoffer.us) | 2018-04-01 | namecheap.com |
| justloanstore.us (/justloanstore.us) | 2018-04-01 | namecheap.com |
| livefreeiphone.us (/livefreeiphone.us) | 2018-04-01 | namecheap.com |
| loanstore247.us (/loanstore247.us) | 2018-04-01 | namecheap.com |
| loanstoreall.us (/loanstoreall.us) | 2018-04-01 | namecheap.com |
| loanstoreapp.us (/loanstoreapp.us) | 2018-04-01 | namecheap.com |
| loanstoreapps.us (/loanstoreapps.us) | 2018-04-01 | namecheap.com |
| loanstorebase.us (/loanstorebase.us) | 2018-04-01 | namecheap.com |
| loanstoreblog.us (/loanstoreblog.us) | 2018-04-01 | namecheap.com |
| loanstorebox.us (/loanstorebox.us) | 2018-04-01 | namecheap.com |
| loanstorecorp.us (/loanstorecorp.us) | 2018-04-01 | namecheap.com |
| loanstoreguru.us (/loanstoreguru.us) | 2018-04-01 | namecheap.com |
| loanstorehd.us (/loanstorehd.us) | 2018-04-01 | namecheap.com |
| loanstorehq.us (/loanstorehq.us) | 2018-04-01 | namecheap.com |
| loanstoreinc.us (/loanstoreinc.us) | 2018-04-01 | namecheap.com |
| loanstoreinfo.us (/loanstoreinfo.us) | 2018-04-01 | namecheap.com |
| loanstorelab.us (/loanstorelab.us) | 2018-04-01 | namecheap.com |
| loanstorelabs.us (/loanstorelabs.us) | 2018-04-01 | namecheap.com |
| loanstorelink.us (/loanstorelink.us) | 2018-04-01 | namecheap.com |
| loanstorelist.us (/loanstorelist.us) | 2018-04-01 | namecheap.com |
| maxfreeiphone.us (/maxfreeiphone.us) | 2018-04-01 | namecheap.com |
| mefreeiphone.us (/mefreeiphone.us) | 2018-04-01 | namecheap.com |
| mrfreeiphone.us (/mrfreeiphone.us) | 2018-04-01 | namecheap.com |
| newiphoneoffer.us (/newiphoneoffer.us) | 2018-04-01 | namecheap.com |
| nuiphoneoffer.us (/nuiphoneoffer.us) | 2018-04-01 | namecheap.com |
| tryfreeiphone.us (/tryfreeiphone.us) | 2018-04-01 | namecheap.com |
| upfreeiphone.us (/upfreeiphone.us) | 2018-04-01 | namecheap.com |
| vfreeiphone.us (/vfreeiphone.us) | 2018-04-01 | namecheap.com |
| weiphoneoffer.us (/weiphoneoffer.us) | 2018-04-01 | namecheap.com |
| adealbiz.us (/adealbiz.us) | 2018-04-03 | namecheap.com |
| alldealbiz.us (/alldealbiz.us) | 2018-04-03 | namecheap.com |
| cooldealbiz.us (/cooldealbiz.us) | 2018-04-03 | namecheap.com |