# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clinton Strange,<br><br>          Plaintiff,<br><br>v.<br><br>Zamora Marketing LLC, Andrew Zamora,<br><br>          Defendants. | No. CV 18-03916-PHX-CDB<br><br>**ORDER** |

Although Plaintiff has consented to the exercise of Magistrate Judge jurisdiction over this matter, Defendants have not appeared or consented to the exercise of Magistrate Judge jurisdiction. Accordingly, the assigned Magistrate Judge does not have jurisdiction to enter judgment in this matter.

Plaintiff filed his complaint on November 7, 2018. Although Defendant Zamora Marketing LLC was served on November 26, 2018, Plaintiff has not moved for the default of this defendant. Although service on Defendant Andrew Zamora was returned as unexecuted on December 7, 2018, Plaintiff has not moved the Court for additional time to serve this defendant. Plaintiff last appeared in this matter on December 7, 2018. (ECF No. 11). On July 15, 2019, the Court allowed Plaintiff until August 2, 2019, to show cause why this case should not be dismissed for Plaintiff's failure to prosecute his claims. (ECF No. 14). Plaintiff has not responded to the Order to Show Cause.

1     Accordingly,

2     IT IS ORDERED that this case is hereby DISMISSED, WITHOUT PREJUDICE

3 for Plaintiff's failure to prosecute his claims.

4     Dated this 6th day of August, 2019.

                              Honorable Stephen M. McNamee
                              Senior United States District Judge